DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## CAMPBELL v. LLOYD

No. 485P88.

Case below: 91 N.C. App. 444.

Petition by defendant (Danny Carl Lloyd) for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

## CHANDLER v. U-LINE CORP.

No. 497P88.

Case below: 91 N.C. App. 315.

Petition by third-party defendant for discretionary review pursuant to G.S. 7A-31 denied and stay dissolved 8 December 1988.

## DAVIS v. CITY OF ARCHDALE

No. 468P88.

Case below: 91 N.C. App. 288.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

## E. F. CRAVEN CO. v. WATT PROPERTIES CO.

No. 494P88.

Case below: 91 N.C. App. 444.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

## EVANS v. APPERT

No. 495P88.

Case below: 91 N.C. App. 362.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.